IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00736-GPG

HOLLY S. NAUROTH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff Holly S. Nauroth currently resides in Grand Junction, Colorado. Plaintiff initiated this action by submitting *pro se* a one-page statement requesting complete federal case review. ECF No. 1. In an order entered on March 24, 2017, Magistrate Judge Gordon P. Gallagher directed Plaintiff to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Gallagher ordered Plaintiff to file her claims on a Court-approved Complaint form and to submit an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form). Plaintiff was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Because Plaintiff now has failed to comply with the March 24, 2017 Order within the time allowed the action will be dismissed for failure to cure all noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, in forma pauperis status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal she must also pay the full $505 appellate filing fee or file a motion to proceed in forma pauperis in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all deficiencies.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   5th   day of      May         , 2017.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court