## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00736-LTB

HOLLY S. NAUROTH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 5, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 5th day of May, 2017.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/D. Kalsow
                              Deputy Clerk